UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SELECT REHABILITATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY CARE CENTER OF MARK TWAIN, INC., d/b/a Mark Twain Manor,<br><br>Defendant. | ) | No. 4:25 CV 688 CDP |

**JUDGMENT**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff Select Rehabilitation, Inc., shall have judgment against defendant Community Care Center of Mark Twain, Inc., in the amount of $1,084,434.61, comprising contract damages in the principal amount of $678,198.39, and prejudgment interest in the amount of $406,236.22.

Judgment being entered, plaintiff shall file its motion for attorney's fees and bill of costs in accordance with the Local Rules of this Court.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2026.